**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: US v. Mefre    Case Number: 23 CR 480

An appearance is hereby filed by the undersigned as attorney for:
Jules Mefre

Attorney name (type or print): Timothy R. Roellig

Firm: Novelle + Roellig LLC

Street address: 47 W Polk St Ste M11

City/State/Zip: Chicago IL 60605

Bar ID Number: 6230135    Telephone Number: 312 786 1100
(See item 3 in instructions)

Email Address: timothy.roellig@earthlink.net

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | [X] Yes | [ ] No |
| Are you a member of the court's general bar? | [X] Yes | [ ] No |
| Are you a member of the court's trial bar? | [X] Yes | [ ] No |
| Are you appearing *pro hac vice*? | [ ] Yes | [X] No |
| If this case reaches trial, will you act as the trial attorney? | [X] Yes | [ ] No |

If this is a criminal case, check your status.

[X] Retained Counsel
[ ] Appointed Counsel
If appointed counsel, are you a
[ ] Federal Defender
[ ] CJA Panel Attorney

FILED
SEP 08 2023
MAGISTRATE JUDGE
SHEILA M. FINNEGAN

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 9-8-23

Attorney signature: S/ [signature]
(Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023

Mr. Metz

Jules Metz

Timothy R. Reilly

Woodie + Reilly LLC

47 W Polk St Ste M11

Chicago IL 60605

[illegible]

[illegible]

timothy.reilly@comcast.net

X

X

X

X

X

9-8-23

FILED
SEP 08 2023
MAGISTRATE JUDGE
SHEILA M. FINNEGAN